# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Santos Muniz Tena, et al., | Case No. CV-23-00536-PHX-SRB |
| Plaintiffs, | **ORDER** |
| vs. | |
| Metro Auto Auction LLC d/b/a Metro Auto Auction of Phoenix, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 23) filed on October 13, 2023, and good cause appearing,

IT IS ORDERED dismissing the above-entitled matter in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of October, 2023.

_____
Susan R. Bolton
United States District Judge